IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| PAMELA PEDRO, | 2:16-cv-01599-CL |
| | **ORDER** |
| Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

AIKEN, District Judge:

Magistrate Mark Clarke filed his Findings and Recommendation ("F&R") (doc. 26) on 8/16/2017, recommending that the decision of the Commissioner be reversed and remanded for further proceedings. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982).

PAGE 1 –ORDER

Timely objections and a response have been filed by the parties.

I find no error and concur with Magistrate Judge Clarke's analysis of the factual and legal issues in this case.

Therefore, I adopt Magistrate Judge Clarke's F&R (doc. 26) in its entirety. The decision of the Commissioner is reversed and remanded for further proceedings consistent with the F&R. Accordingly, this action is DISMISSED.

IT IS SO ORDERED.

Dated this 27 day of October, 2017.

Ann Aiken
United States District Judge